IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Sabrina Grimm | FTR - Reporter Deck - Courtroom A-401 |
| Date: June 2, 2017 | Alfred A. Arraj United States Courthouse |

Civil Action No. 16-cv-01849-PAB-KLM

*Parties*:

AIRQUIP, INC.,

    Plaintiff,

v.

HOMEADVISOR, INC., ET AL.,

    Defendants.

*Counsel*:

Kimberly Smith
Carla Martin
Stephanie Saunders
Scott Tucker

Alexander Clayden
Stephen Horace

## COURTROOM MINUTES

**TELEPHONIC DISCOVERY HEARING**

**Court in session:   2:00 p.m.**

Court calls case. Appearances of counsel.

Also present, Paul Karlsgodt on behalf of non-party One Planet Op, Inc.

Discovery Hearing is called regarding Plaintiff's oral Motion to Compel Response to Subpoena to non-party One Planet Ops, Inc., with respect to Request #8 (the "Motion"). For the reasons set forth on the record:

**ORDERED:**  The Motion is DENIED.  Non-party One Planet has already complied with the request, as discussed.

Court advises counsel any future issues that may arise with respect to subpoenas to non-parties should be addressed in writing.

**Court in recess:**     **2:29 p.m.**

Hearing concluded.
Total Time:            00:29

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at  (303)988-8470.