**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-01849-PAB-KLM

AIRQUIP, INC., on behalf of itself and all others similarly situated,

KELLY DASILVA, and

NICOLE GRAY,

      Plaintiffs,

v.

HOMEADVISOR, INC.,

IAC/INTERACTIVECORP, and

DOES 1 through 10,

      Defendants.

_____

**MASTER'S INITIAL ORDER ON DISCOVERY DISPUTES**
_____

**ENTERED BY MASTER MAURA R. GROSSMAN**

Pursuant to the Court's April 9, 2018 Order Appointing Master for Discovery (Dkt. #126), please be advised of the following:

1.  The Master has obtained and is in the process of reviewing copies of the following documents:

    a.  U.S. District Court for the District of Colorado Guidelines for Addressing the Discovery of ESI and Checklist for 26(f) Meet and Confer Regarding ESI;

    b.  U.S. District Court for the District of Colorado Magistrate Judge Kristen L. Mix's Practice Standards and Sample Written Discovery Dispute Chart;

    c.  Stipulated Order Regarding Discovery of ESI (Dkt. #69);

    d.  March 8, 2018 email from K. Donaldson Smith to Magistrate Judge Mix with attached Written Discovery Dispute Chart;

    e.  March 9, 2018 email from S. Horace to Magistrate Judge Mix;

    f.  Joint Motion for Continuation of Case Management Deadlines (Dkt. #120); and

    g.  Amended Class Action Complaint and Demand for Jury Trial (Dkt. #32).

2.  Counsel for Plaintiffs or Defendants shall email the Master, with a cc to all counsel of record, the following documents <u>by April 16, 2018</u>:

      a. The Court's September 7, 2017 Minute Order (Dkt. #98) ("Scheduling Order");

      b. Plaintiffs' requests for production; and

      c. Defendants' responses and objections.

If there are any other documents that either party would like the Master to review to better understand the issues in this case, the matters in dispute, or the parties' respective positions, they should email them to the Master at maura.grossman@uwaterloo.ca, with a cc to all counsel of record, by April 16, 2018.

3. Simultaneous with this Order, the Master is providing the parties, by email, with copies of four recent cases and The Sedona Conference Federal Rule of Civil Procedure 34(b)(2) Primer: Practice Pointers for Responding to Discovery Requests relating to amended Federal Rule of Civil Procedure 34 and general/boilerplate objections. Defendants should review these materials and determine whether their responses and objections are in compliance with the December 2015 amendments to the Federal Rules and applicable case law. If Defendants should determine that their responses and objections are not in compliance, they shall notify Plaintiffs and the Master by email on or before April 16, 2018, and shall revise and serve their amended responses and objections on Plaintiffs, with a copy to the Master, on or before April 23, 2018. If Defendants decide to stand by their current responses and objections and Plaintiffs continue to believe they are non-complaint, or if Plaintiffs believe Defendants' amended responses and objections remain deficient, the parties shall advise the Master, consistent with the procedures set forth in 4. below. Counsel for Defendants are on notice that failure to comply with Federal Rule 34 may result in the waiver of any applicable objections and/or have other consequences.

4. On or before April 30, 2018, the parties shall submit to the Master, and file with the Court, a joint revision to the Written Discovery Dispute Chart submitted with K. Donaldson Smith's email to Magistrate Judge Mix of March 8, 2018. This revised chart shall detail any and all outstanding discovery disputes as of the date of submission, and shall include an additional column containing Defendants' responses to Plaintiffs' asserted problems or deficiencies.

5. Once the Master has received and reviewed the above information, the Master shall advise the parties whether a hearing is necessary to resolve the outstanding discovery disputes, and if so, whether that hearing shall be by telephone or in person.

6. Counsel for the parties shall promptly notify the Master by email if they have questions concerning any of the above.

**SO ORDERED.**

Dated: April 10, 2018               BY THE MASTER:

                                    */s/ Maura R. Grossman*

                                    Maura R. Grossman