### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01849-PAB-KLM

AIRQUIP, INC.,
KELLY DASILVA,
AND NICOLE GRAY, on behalf of
themselves and all others similarly situated,

        Plaintiffs,

v.

HOMEADVISOR, INC.,
IAC/INTERACTIVECORP, and
DOES 1 through 10,

        Defendants.

_____

### JOINT MOTION FOR ENTRY OF AN ADDENDUM TO THE STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER
_____

Plaintiffs Airquip, Inc., Kelly DaSilva, and Nicole Gray (collectively, the "Plaintiffs") and Defendants HomeAdvisor, Inc. ("HomeAdvisor") and IAC/InterActiveCorp ("IAC") (each a "Party" and collectively, the "Parties"), by and through their respective counsel, hereby move the Court for approval of an Addendum To The Confidentiality Agreement and Protective Order entered on February 7, 2017 (Dkt. No. 63) ("Addendum to the Protective Order") to allow for the discovery previously produced in this Action to be used in the related action *Costello v. HomeAdvisor, Inc.*, Case No. 18-cv-01802-WJM-MEH (the "*Costello* Action"):

    1.    The Parties agree that discovery in this Action may be relevant in the *Costello* Action. The *Costello* claims are brought on behalf of classes that may overlap with the class alleged in this Action, and raise some of the same claims against substantially the same

Defendants. The substantial volume of discovery amassed in this Action over the last two years is also relevant to the claims set forth in the *Costello* action. Defendants in *Costello* intend to file a motion to consolidate these cases soon, and Plaintiffs in *Costello* will oppose consolidation. Meanwhile, these remain separate cases, and the Parties agree that allowing the discovery produced in this Action to be used in the *Costello* Action will promote judicial efficiency, allow discovery in the *Costello* Action to proceed immediately and will reduce discovery and litigation costs. The discovery previously produced in this Action contains documents and/or information of a sensitive, private and confidential nature that the Parties, and the parties in the *Costello* Action wish to protect the confidentiality of such documents or information while ensuring that discovery may be pursued in the *Costello* Action with a minimum of delay and expense.

2. The Parties have conferred and have approved the form of the proposed Addendum to the Protective Order which is submitted herewith. The Parties submit that good cause exists for the issuance of the Addendum to the Protective Order for the purpose of preventing the disclosure and use of confidential and highly confidential information except as set forth in the Addendum to the Protective Order.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court enter the Addendum to the Protective Order which is submitted herewith.

Dated: October 30, 2018

Respectfully submitted,

| MICHAEL BEST & FRIEDRICH LLP | CHIMICLES & TIKELLIS LLP |
|---|---|
| *s/   Stephen J. Horace* | *s/   Kimberly M. Donaldson Smith* |
| Stephen J. Horace | Nicholas E. Chimicles |
| Alexander C. Clayden | Kimberly M. Donaldson Smith |
| Michelle L. Dama | Stephanie E. Saunders |

Ben Roxborough
1776 Lincoln Street, Suite 1100
Denver, CO 80203
Phone: 720.240.9515
Fax: 877.398.5240
sjhorace@michaelbest.com
acclayden@michaelbest.com
mldama@michaelbest.com

*Counsel for Defendants HomeAdvisor, Inc., IAC/InterActiveCorp and ANGI Homeservices, Inc.*

361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041
Phone: 610-642-8500
Fax: 610-649-3633
nec@chimicles.com
kds@chimicles.com
ses@chimicles.com

and

Scott M. Tucker
**CHIMICLES & TIKELLIS LLP**
222 Delaware Avenue
Suite 1100
P.O. Box 1035
Wilmington, DE  19899
Phone: 302-656-2500
Fax: 302-656-9053
Scotttucker@chimicles.com

Gordon W. Netzorg
Mark W. Williams
Carla R. Martin
**SHERMAN & HOWARD, L.L.C.**
633 17th Street, Suite 3000
Denver, CO 80202
Phone: 303-299-8381
Fax: 303-298-0940
gnetzorg@shermanhoward.com
mwilliams@shermanhoward.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2018, I electronically filed the foregoing **JOINT MOTION FOR ENTRY OF AN ADDENDUM TO THE STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

CHIMICLES & TIKELLIS LLP

*s/   Kimberly M. Donaldson Smith*