IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-cv-01849-PAB-KLM
(Consolidated with Civil Action No. 18-cv-01802-PAB-KLM)

In re HOMEADVISOR, INC. LITIGATION
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Unopposed Motion to Amended Scheduling Order** [#469] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#469] is **GRANTED**. The Scheduling Order is amended to reflect the following deadlines:

| | | |
|---|---|---|
| • | Affirmative Expert Disclosure/Report Deadline | **November 12, 2021** |
| • | Rebuttal Expert Disclosure/Report Deadline | **February 10, 2022** |
| • | Expert Discovery Cutoff | **March 21, 2022** |
| • | Deadline to File Class Certification | **May 5, 2022** |
| • | Deadline to File Response to Class Certification Motion | **June 27, 2022** |
| • | Deadline to File Reply to Class Certification Motion | **August 8, 2022** |
| • | Deadline to File Dispositive Motions | **45 Days After Court's Order on Motion to Certify Class** |

Dated:  September 13, 2021