IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-cv-01849-PAB-KLM
(Consolidated with Civil Action No. 18-cv-01802-PAB-KLM)

In re HOMEADVISOR, INC. LITIGATION

**FOURTH ADDENDUM TO THE STIPULATED CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER**

WHEREAS on February 7, 2017 this Court entered a Stipulated Confidentiality Agreement and Protective Order ("Protective Order") (Dkt. No. 63) in the action captioned *Airquip, Inc. et al v. HomeAdvisor, Inc., IAC/Interactivecorp., et al.,* Civ. Action No. 1:16-cv-01849-PAB-KLM (D. Colo.) ("*Airquip* Action"), which restricts the use of any discovery material marked as Confidential or Highly Confidential to the purpose of prosecution, defense and/or settlement of the *Airquip* Action, and the disclosure of such materials to any person except in accordance with the Protective Order's terms (*see* Protective Order at §6(a));

WHEREAS on July 16, 2018 Plaintiffs Charles Costello, Bruce Filipiak, Josh Seldner, Anthony Baumann, Kourtney Ervine, Hans Hass, Iva Haukenes and Brad and Linda McHenry ("*Costello* Plaintiffs") filed a related case captioned *Costello v. HomeAdvisor, Inc.,* Case No. 18-cv-01802-WJM-MEH (the "*Costello* Action") against HomeAdvisor, Inc., IAC/InterActiveCorp and ANGI Homeservices Inc.;

WHEREAS the parties to the *Airquip* and *Costello* Actions agreed to an Addendum to the Protective Order extending the terms of the Protective Order to the *Costello* Plaintiffs and ANGI Homeservices, Inc., which was entered by the Court on October 31, 2018 (Dkt. No. 175);

WHEREAS the *Airquip* and *Costello* Actions were consolidated by the Court on November 20, 2018 (Dkt. No. 177);

WHEREAS on September 25, 2019 the Court granted Plaintiffs' Motion for Leave to File Consolidated Amended Class Action Complaint and added as Defendants CraftJack, Inc., C. David Venture Management, LLC and Venture Street, LLC (Dkt. Nos. 278, 279);

WHEREAS the Plaintiffs and Defendants HomeAdvisor, Inc., IAC/InterActiveCorp, and ANGI Homeservices Inc. agreed to a Second Addendum to the Protective Order to allow for the secure production of certain materials, which was entered by the Court on November 13, 2019 (Dkt. No. 307);

WHEREAS the Plaintiffs and Defendants HomeAdvisor, Inc., IAC/InterActiveCorp, ANGI Homeservices Inc., CraftJack, Inc.; and Defendants C. David Venture Management, LLC and Venture Street, LLC agreed to a Third Addendum to the Protective Order, which was entered by the Court on April 15, 2020 (Dkt. No. 371);

WHEREAS counsel for the Plaintiffs; counsel for Defendants HomeAdvisor, Inc., IAC/InterActiveCorp, ANGI Homeservices Inc., and CraftJack, Inc.; and counsel for Defendants C. David Venture Management, LLC and Venture Street, LLC agree to be bound by this Fourth Addendum to the Protective Order in this consolidated Action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, subject to approval of the Court, that the terms of the Protective Order be amended as follows:

1. **Confidentiality Designation.** The Lead sources identified by One Planet Ops., Inc. are designated as "Attorneys' Eyes Only" pursuant to the Summary of Discovery

Issues Discussed at the July 21, 2021 Conference with Special Master Maura R. Grossman and the terms of the Protective Order;

2. **Use and Disclosure of Attorneys' Eyes Only Information**.  Except with the prior written consent of the Producing and/or Designating Party or prior order of the Court, Attorneys' Eyes Only Information may be disclosed only to the persons identified in subparagraphs 6(b)(i), (ii), (v), (vii), and (xi) in the Protective Order.

3. **Persons Bound by Order.**  This Order will take effect when entered and is binding upon all counsel of record and their law firms in this Action, the Parties, and all other persons made subject to the Protective Order by its terms.

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP |
|---|---|
| By: /s/     Neil T. Phillips | By: /s/   Scott M. Tucker |
| Stephen R. Neuwirth | Nicholas E. Chimicles |
| Jennifer J. Barrett | Kimberly M. Donaldson Smith |
| Robert L. Raskopf | Stephanie E. Saunders |
| Neil T. Phillips | Mark B. DeSanto |
| George T. Phillips | 361 West Lancaster Avenue |
| Lauren N. Beck | One Haverford Centre |
| 51 Madison Avenue, 22nd Floor | Haverford, PA 19041 |
| New York, NY 10010 | Phone: 610-642-8500 |
| Phone: 212-849-7000 | Fax: 610-649-3633 |
| Fax: 212-849-7100 | nec@chimicles.com |
| stephenneuwirth@quinnemanuel.com | kds@chimicles.com |
| jenniferbarrett@quinnemanuel.com | ses@chimicles.com |
| robertraskopf@quinnemanuel.com | mbd@chimicles.com |
| neilphillips@quinnemanuel.com | |
| georgephillips@quinnemanuel.com | Scott M. Tucker |
| laurenbeck@quinnemanuel.com | 222 Delaware Avenue |
| | Suite 1100, P.O. Box 1035 |
| Shon Morgan | Wilmington, DE  19899 |
| 865 S. Figueroa St., 10th Floor | Phone: 302-656-2500 |
| Los Angeles, CA  90017 | Fax: 302-656-9053 |
| Phone:  213-443-3000 | Scotttucker@chimicles.com |
| Fax:  213-443-3100 | |

shonmorgan@quinnemanuel.com

**BAKER & HOSTETLER LLP**

Laurin D. Quiat
Michelle R. Gomez
1801 California Street, Suite 4400
Denver, CO 80202
Phone: 303-861-0600
Fax: 303-861-7805
lquiat@bakerlaw.com
mgomez@bakerlaw.com

*Attorneys for Defendants HomeAdvisor, Inc., IAC/InterActiveCorp, ANGI Homeservices, Inc., and CraftJack, Inc.*

**SHOEMAKER GHISELLI + SCHWARTZ LLC**

By: */s/     Cynthia Mitchell*
Cynthia Mitchell
Andrew Shoemaker
1811 Pearl Street
Boulder, CO 80302
Phone: (303) 530-3452
Fax: (303) 530-4071
cmitchell@sgslitigation.com
ashoemaker@sgslitigation.com

*Attorneys for C. David Venture Management, LLC and Venture Street, LLC*

**SHERMAN & HOWARD, L.L.C.**
Gordon W. Netzorg
Mark W. Williams
633 17th Street, Suite 3000
Denver, CO 80202
Phone: 303-299-8381
Fax: 303-298-0940
gnetzorg@shermanhoward.com
mwilliams@shermanhoward.com

*Attorneys for Plaintiffs*

THE FOREGOING FOURTH ADDENDUM TO THE STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER IS HEREBY MADE AN ORDER OF THIS COURT ON THIS 14TH  DAY OF SEPTEMBER,  2021.

APPROVED BY THE COURT:

*/s/ Maura R. Grossman*
SPECIAL MASTER MAURA R. GROSSMAN