**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 16-cv-01849-PAB-KLM
(Consolidated with Civil Action No. 18-cv-01802-PAB-KLM)

In re HOMEADVISOR, INC. LITIGATION

---

**JOINT MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

---

Defendants HomeAdvisor, Inc., IAC/InterActiveCorp, ANGI Homeservices Inc., and CraftJack, Inc., and Plaintiffs Airquip, Inc., Kelly DaSilva, Nicole Gray, Charles Costello, Bruce Filipiak, Josh Seldner, Anthony Baumann, Kourtney Ervine, Hans Hass, Iva Haukenes, Brad and Linda McHenry, and Lisa LaPlaca (collectively, the "Parties"), by and through their respective counsel, hereby jointly move as follows:

1. On May 5, 2022, Plaintiffs filed a Motion for Class Certification and Appointment of Class Counsel Pursuant to Fed. R. Civ. P. 23. Dkt. 557. If a class is certified, Plaintiffs' counsel, Chimicles Schwartz Kriner and Donaldson-Smith LLP ("CSK&D"), request appointment as class counsel pursuant to Rules 23(c)(1)(B) and 23(g). *Id*. at 29–30.

2. On June 27, 2022, Defendants opposed Plaintiffs' Motion for Class Certification (the "Class Certification Opposition"). Dkt. 590.

3. In their Class Certification Opposition, Defendants argued that CSK&D would be inadequate class counsel for the reasons described in Defendants' then-pending motion for sanctions before Special Master Maura R. Grossman. *See* Dkt. 590 at 30.

4. In their Class Certification Reply brief, Plaintiffs responded as to why, in Plaintiffs' view, Defendants' argument was erroneous. *See* Dkt. 598 at 29-30; Dkt. 557 at 29-30.

5. At the time the parties briefed Plaintiffs' Motion for Class Certification, Special Master Grossman had not yet ruled on Defendants' sanctions motion.

6. On January 16, 2023, Special Master Grossman issued an opinion and order granting in part and denying in part Defendants' sanctions motion (the "Sanctions Order"). Dkt. 608.

7. Defendants' position is that the Sanctions Order is pertinent to Plaintiffs' Class Certification Motion, and specifically Defendants' argument that CSK&D would be inadequate class counsel, and that supplemental briefing on this issue would be beneficial to the Court in ruling on this aspect of Plaintiffs' Class Certification Motion.

8. Plaintiffs' position is that the Sanctions Order does not impact the adequacy of CSK&D as class counsel, and they must be given the opportunity to respond to Defendants' supplemental submission in the event the Court grants this motion.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court enter an order:

- Permitting Defendants to file a supplemental brief of no more than 6 pages, calculated in accordance with this Court's Practice Standards, to address the impact of Special Master Grossman's Sanctions Order on Plaintiffs' Class Certification Motion within 7 days of the Court's ruling on this motion; and

- Permitting Plaintiffs to file a responsive supplemental brief of no more than 6 pages, calculated in accordance with this Court's Practice Standards, to respond and address the impact of Special Master's Sanctions Order on Plaintiffs' Class Certification Motion within 7 days of Defendants' submission.

Dated:  January 27, 2023

Respectfully submitted,

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP** |
| By: /s/ Neil T. Phillips<br>Jennifer J. Barrett<br>Neil T. Phillips<br>George T. Phillips<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Phone: 212-849-7000<br>Fax: 212-849-7100<br>jenniferbarrett@quinnemanuel.com<br>neilphillips@quinnemanuel.com<br>georgephillips@quinnemanuel.com<br><br>Shon Morgan<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA  90017<br>Phone:  213-443-3000<br>Fax:  213-443-3100<br>shonmorgan@quinnemanuel.com<br><br>**BAKER & HOSTETLER LLP**<br><br>Laurin D. Quiat<br>Michelle R. Gomez<br>1801 California Street, Suite 4400<br>Denver, CO 80202<br>Phone: 303-861-0600<br>Fax: 303-861-7805<br>lquiat@bakerlaw.com<br>mgomez@bakerlaw.com<br><br>***Attorneys for Defendants HomeAdvisor, Inc., IAC/InterActiveCorp, ANGI Homeservices, Inc., and CraftJack, Inc.*** | By:  /s/ Kimberly M. Donaldson-Smith<br>Nicholas E. Chimicles<br>Kimberly M. Donaldson-Smith<br>Stephanie E. Saunders<br>361 West Lancaster Avenue<br>One Haverford Centre<br>Haverford, PA 19041<br>Phone: 610-642-8500<br>Fax: 610-649-3633<br>nec@chimicles.com<br>kds@chimicles.com<br>ses@chimicles.com<br><br>Scott M. Tucker<br>2711 Centerville Road, Suite 201<br>Wilmington, DE  19808<br>Phone: 302-656-2500<br>Fax: 302-656-9053<br>Scotttucker@chimicles.com<br><br>**SHERMAN & HOWARD, L.L.C.**<br><br>Gordon W. Netzorg<br>Mark W. Williams<br>633 17th Street, Suite 3000<br>Denver, CO 80202<br>Phone: 303-299-8381<br>Fax: 303-298-0940<br>gnetzorg@shermanhoward.com<br>mwilliams@shermanhoward.com<br><br>***Attorneys for Plaintiffs*** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

<i>/s/ Neil T. Phillips</i>