quinn emanuel trial lawyers | new york
295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7155**

WRITER'S EMAIL ADDRESS
**jenniferbarrett@quinnemanuel.com**

April 2, 2025

**<u>Via CM/ECF</u>**

Chief Judge Philip A. Brimmer
Magistrate Judge Kathryn A. Starnella
United States District Court
District of Colorado
Alfred A. Arraj U.S. Courthouse
901 Nineteenth Street
Denver, Colorado 80294

**Re: Joint Notice of Settlement – *In re HomeAdvisor, Inc. Litig.*,**
**<u>Consol. Nos. 16-cv-1849 & 18-cv-1802 (PAB) (KAS) (D. Colo.)</u>**

Chief Judge Brimmer & Magistrate Judge Starnella:

I write on behalf of, and with the consent of, all the parties to the above-referenced consolidated civil actions. The parties are pleased to inform the Court that they have agreed to settle these consolidated civil actions on an individual (*i.e.*, non-class) basis. The parties accordingly will soon file a joint stipulation for dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Counsel for the parties are available should the Court have any questions.

Respectfully submitted,

*<u>/s/ Jennifer J. Barrett</u>*

Jennifer J. Barrett, Esq.

cc: Counsel of Record (via CM/ECF)