**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

No. 16-cv-1849 (PAB) (KAS) (Consolidated with No. 18-cv-1802)

In re HOMEADVISOR, INC. LITIGATION

---

**JOINT STIPULATION OF ALL PARTIES FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

Plaintiffs Airquip, Inc., Kelly DaSilva, Nicole Gray, Lisa LaPlaca, Charles Costello, Bruce Filipiak, Josh Seldner, Anthony Baumann, Kourtney Ervine, Iva Haukenes, Brad McHenry, Linda McHenry, and Hans Hass (deceased, via Dean Paulo, executor of his estate, *see* Fed. R. Civ. P. 17(a)(1)(A)) (together, "Plaintiffs"), along with Defendants HomeAdvisor, Inc., IAC/InterActiveCorp, ANGI Homeservices Inc., CraftJack, Inc., C. David Venture Management, LLC, and Venture Street, LLC (together, "Defendants") (each a "Party" and collectively the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree that the above-captioned consolidated actions (in which no certified classes remain) are voluntarily dismissed with prejudice as to all Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each Party to bear their own attorneys' fees, costs and expenses.

Respectfully submitted this 4th day of April, 2025, by:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Jennifer J. Barrett*
Jennifer J. Barrett
(jenniferbarrett@quinnemanuel.com)
Neil T. Phillips
George T. Phillips
Lauren N. Beck
295 Fifth Avenue
New York, New York 10016
(212) 849-7000

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

*/s/ Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith
(kds@chimicles.com)
Nicholas E. Chimicles
361 West Lancaster Avenue
One Haverford Centre
Haverford, Pennsylvania 19041
(610) 642-8500

Shon Morgan
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000

**BAKER & HOSTETLER LLP**
Laurin D. Quiat
Michelle R. Gomez
1801 California Street, Suite 4400
Denver, Colorado 80202
(303) 861-0600

*Attorneys for Defendants HomeAdvisor, Inc., IAC/InterActiveCorp, ANGI Homeservices, Inc., and CraftJack, Inc.*

Scott M. Tucker
2711 Centerville Road, Suite 201
Wilmington, Delaware 19808
(302) 656-2500

**TAFT STETTINIUS & HOLLISTER LLP**
Gordon W. Netzorg
Mark W. Williams
675 Fifteenth Street, Suite 2300
Denver, Colorado 80202
(303) 297-2900

*Attorneys for Plaintiffs Airquip, Inc., Kelly DaSilva, Nicole Gray, Lisa LaPlaca, Charles Costello, Bruce Filipiak, Josh Seldner, Anthony Baumann, Kourtney Ervine, Iva Haukenes, Brad McHenry, Linda McHenry, and Hans Hass (deceased, via Dean Paulo, executor of his estate)*

**SHOEMAKER GHISELLI + SCHWARTZ LLC**

*/s/ Cynthia Mitchell*
Cynthia Mitchell
(cmitchell@sgslitigation.com)
Andrew Shoemaker
1811 Pearl Street
Boulder, Colorado 80302
(303) 530-3452

*Attorneys for Defendants C. David Venture Management, LLC and Venture Street, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2025, I caused the electronic filing of the foregoing Joint Stipulation Of All Parties For Voluntary Dismissal With Prejudice Pursuant To Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to be filed with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served via the CM/ECF system.

*/s/ Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith
Attorney for Plaintiffs